No. 839. CLYNE *v.* OHIO. Jurisdictional statement submitted May 25, 1931. Decided June 1, 1931. *Per Curiam:* The ap-

peal herein is dismissed. *Farson, Son & Co.* v. *Bird*, 248 U. S. 268. *Mr. Henry A. Williams* for appellant. *Mr. Ray T. Miller* for appellee.